JOHN F. FAIRCHILD et al., Respondents, *v.* THE CITY AND COUNTY CONTRACT COMPANY, Appellant.

*Fairchild* v. *City & County Contract Co.*, 158 App. Div. 166, affirmed.

(Argued May 11, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 1, 1913, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for an alleged breach of contract contained in a convey-

ance of land from the plaintiffs or the plaintiffs' predecessors in title whereby the defendant agreed to construct and operate a railroad station on land adjacent thereto. The question at issue was whether defendant was excused from performance, and, therefore, not liable in damages, by a change in the route of the railroad making it impossible to carry out said contract.

*George S. Graham* and *Ralph Polk Buell* for appellant.

*Arthur M. Johnson* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.